**SEALED**

**FILED**
SEP 30 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADITION OF </br></br>JAMES WILLIAM ROBERTSON, </br></br>    Fugitive. | NO. 2:11-mj-310 KJN </br></br>**UNDER SEAL** </br></br>ORDER SEALING THE COMPLAINT AND ORDER AUTHORIZING PROVISIONAL ARREST |

    The United States of America has submitted a complaint and order authorizing the provisional arrest of the above-referenced subject pursuant to a request by the Canadian government under 18 U.S.C. § 3184,

    IT IS HEREBY ORDERED that the complaint and order authorizing provisional arrest shall be filed under <u>seal</u> and shall not be disclosed pending further order of this Court.

Dated: Sept 29, 2011

                                       THE HON. Kendall J. Newman
                                       United States Magistrate Judge