BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2758

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case. No 2:11-MJ-310 KJN |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION RE: CONTINUANCE |
| v. | ) | OF EXTRADITION HEARING |
| | ) | |
| JAMES WILLIAM ROBERTSON, | ) | |
| | ) | Date: October 24, 2011 |
| Defendant. | ) | Time: 2:00 p.m. |
| | ) | Hon. Kendall J. Newman |
| | ) | |

It is hereby stipulated by and between the United States of America through Michelle Prince, Assistant United States Attorney, and defendant James William Robertson, by and through his counsel, Rachelle Barbour, Esq., that the extradition hearing currently set for October 24, 2011, be vacated and reset for a status conference on November 9, 2011.

Article 11, of the Extradition Treaty between the United States and Canada, 27 UST 983, TIAS 8237, states:

> "*A person arrested shall be set at liberty upon the expiration of <u>sixty days</u> from the date of*

> *arrest pursuant to such application if a request for extradition and the documents specified in Article 9 have not been received. This stipulation shall not prevent the institution of proceedings with a view to extraditing the person sought if the request and documents are subsequently received."*

To allow time for delivery of the papers from Washington, D.C., or from the requesting state to the court, the hearing should be scheduled at least 10 days after the due date for the documents. Therefore, the government is requesting that the extradition hearing be reset for November 9th, 2011. Counsel for the Government will inform the court and defense counsel on the day of the deadline whether the request and supporting documents have been received. 27 UST 983, TIAS 8237.

DATED: October 5, 2010  
BENJAMIN B. WAGNER  
United States Attorney

By: /s/ Michelle A. Prince  
Michelle A. Prince  
Assistant U.S. Attorney

/s/ Michelle A. Prince for  
Rachelle Barbour, ESQ.  
Attorney for Defendant

The above stipulation of counsel is accepted.

IT IS SO ORDERED.

Dated: October 12, 2011

KENDALL J. NEWMAN  
UNITED STATES MAGISTRATE JUDGE