1 DANIEL J. BRODERICK
  Federal Defender
2 RACHELLE BARBOUR, BAR # 185395
  Research and Writing Attorney
3 801 I Street, 3rd Floor
  Sacramento, California 95814
4 Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Extradition of ) | CASE NO. Mag. No. 11-310-KJN |
| ) | |
| JAMES WILLIAM ROBERTSON. ) | STIPULATION AND ORDER TO CONTINUE EXTRADITION HEARING |
| _____ ) | |
| | New Date: November 16, 2011 |
| | Time: 2:00 p.m. |
| | Judge: Dale A. Drozd |

It is hereby stipulated and agreed to between the United States of America through MICHELLE PRINCE, Assistant U.S. Attorney, and defendant, JAMES WILLIAM ROBERTSON by and though his counsel, RACHELLE BARBOUR, of the Office of the Federal Defender, that the extradition hearing set for November 9, 2011 be rescheduled for November 16, 2003 at 2:00 p.m. The government has not yet received the extradition packet from the Department

/ / /
/ / /
/ / /
/ / /
/ / /

1

of State, but expects to receive it this week.  The Speedy Trial Act does not apply.

DATED: November 7, 2011          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Rachelle Barbour
                                 RACHELLE BARBOUR
                                 Research and Writing Attorney
                                 Attorney for Defendant
                                 JAMES WILLIAM ROBERTSON



                                 BENJAMIN B. WAGNER
                                 United States Attorney



DATED: November 7, 2011          /s/ Rachelle Barbour for
                                 MICHELLE PRINCE
                                 Assistant U.S. Attorney


**O R D E R**

**IT IS SO ORDERED.**

DATED: November __7__, 2011.     _____/s/ Dale A. Drozd_____
                                 DALE A. DROZD
                                 UNITED STATES MAGISTRATE JUDGE